IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OSSIE ROBERT TRADER

02-CV-3791
District Court Docket Number

vs.

PATRICK L. MEEHAN, et al.

Notice of Appeal Filed <u>8/12/02</u>
Court Reporter(s)/ESR Operator(s)          <u>NONE</u>

Filing Fee:
    Notice of Appeal __Paid _X_ Not Paid  __Seaman
    Docket Fee       __Paid _X_ Not Paid  __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

_X_ Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
F. Hernandez, 8/13/02
Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm